UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALDINE RIOS** : <br> **6907 Edgerton Lane** : <br> **Springfield, VA  22150** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **FRED M. HEGER** : <br> **6785 W. Gardenia Avenue** : <br> **Glendale, Arizona  85303,** : <br> : <br> **VALLEY INTERIORS, INC.** : <br> **serve: Bradley Owens, Reg. Agent** : <br> **3030 North Central Avenue #1406** : <br> **Phoenix, Arizona  85012,** : <br> : <br> **Defendants.** : | Civil Case No.    1:23-cv-2187 <br><br> Formerly: 2023-CAB-003089 <br> Superior Court of the District of Columbia |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Fred M. Heger ("Defendant"), by and through undersigned counsel, Katherine B. Yoder, Esq. and Kiernan Trebach LLP, pursuant to 28 U.S.C. § 1446 *et seq*. and 28 U.S.C. § 1332, hereby removes the instant civil action in its entirety from the Superior Court of the District of Columbia to the United States District Court of the District of Columbia.

### I. Plaintiff's Action and Parties

1. On June 23, 2023, Plaintiff, Geraldine Rios ("Plaintiff") filed a Complaint against Defendants Fred M. Heger and Valley Interiors, Inc. alleging that she sustained personal injuries arising out of a motor vehicle accident.

2. On June 27, 2023, Plaintiff served Defendant Fred M. Heger with Summons and Complaint.  On July 7, 2023, Plaintiff served Co-Defendant Valley Interiors, Inc.

3. Plaintiff is an individual domiciled in Springfield, Virginia.

1

4. Defendant Heger is an individual domiciled in Glendale, Arizona. Co-Defendant Valley Interiors, Inc. is an Arizona corporation with its principal place of business in Arizona. Co-Defendant Valley Interiors, Inc. consent to the removal of this case.

5. The Complaint seeks damages against Defendants in an amount exceeding Seventy-Five Thousand Dollars ($75,000).

## II. Jurisdiction

10. This Court has jurisdiction over this action under 28 U.S.C. § 1332, which provides in relevant part: "District courts shall have original jurisdiction of . . . all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States…"

11. There is a complete diversity of citizenship between Plaintiff and Defendants, as Plaintiff is a citizen of Virginia, and Defendants are a citizen and corporation with its principal place of business in Arizona.

12. The amount in controversy in this action exceeds the value of $75,000, exclusive of interest and costs, as Plaintiff's *ad damnum* seeks $200,000 in damages.

13. Defendant Heger was served in this matter on June 27, 2023.

## III. Removal Procedures

15. A copy of all process, pleadings, and orders served upon Defendant Heger is attached hereto as Exhibit A.

16. This removal is timely under 28 U.S.C. § 1446(b), because this Notice of Removal was filed less than thirty (30) days from the date that Defendant Heger was served with a copy of the Complaint (i.e. June 27, 2023).

17.     In accordance with 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal (Exhibit B) is being filed promptly with the Clerk of the Superior Court of the District of Columbia and served upon the Plaintiff.  The Superior Court of the District of Columbia is located within this District.

Dated: July 27, 2023                                    Respectfully submitted,

**KIERNAN TREBACH LLP**

_____
Katherine B. Yoder, Esq. (Bar No. 477980)
1233 20th Street NW, 8th Floor
Washington, D.C. 20036
(202) 712-7000
(202) 712-7001 (facsimile)
kyoder@kiernantrebach.com
*Attorneys for Defendant Jaigirdar Mustakim*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July 2023, a copy of the foregoing Notice of Removal was served electronically on:

Joseph A. Blaszkow, Esq.
Blaszkow Legal, PLLC
5270 Shawnee Road, #102
Alexandria, VA 22312
jab@blaszkowlegal.com
Attorneys for Plaintiff

_____
Katherine B. Yoder